IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS HOMMY RODRIGUEZ VAZQUEZ

RUTH JACQUELINE CRUZ MERCED

   DEBTOR(S)

CASE NO. 20-03819-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: November 05, 2020     PLAN BASE: $21,905.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/13/2020

[ ] FAVORABLE     [X] UNFAVORABLE

[X] OTHER:

   Amended schedule I filed on 11/5/2020 does not correct deduction listed at line 5h "1165 After tax $153.40 " and another "1165 Pre-tax in the amount of $153.40". Debtor's counsel inform that was an error.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA