IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS HOMMY RODRIGUEZ VAZQUEZ

RUTH JACQUELINE CRUZ MERCED

    DEBTOR(S)

CASE NO. 20-03819-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: November 25, 2020    PLAN BASE: $21,905.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/3/2020

[ ] FAVORABLE    [X] UNFAVORABLE

[X] OTHER:

  Plan proposes in Part 3.1 secured treatment to USDA Rural Housing Claim No. 4 in Part 3.1. The evidence attached to the claim is not legible. If the evidence of security interest is not presented by deadline on 1/26/2021, trustee will object the claim and plan should delete secured treatment made to USDA Rural Housing in Part 3.1.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: ROBERTO FIGUEROA

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA