# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF**

LUIS HOMMY RODRIGUEZ VAZQUEZ
RUTH JACQUELINE CRUZ MERCED
   Debtor

CASE NO: 20-03819 (**MCF**)

FIRSTBANK PUERTO RICO
   First Leasing
   Movant

CHAPTER 13

## **WITHDRAWAL OF AN OBJECTION TO CONFIRMATION**

TO THE HONORABLE COURT:

   Come now **FIRSTBANK PUERTO RICO: First Leasing**, through its undersigned Counsel and respectfully alleges and prays:

**I. INTRODUCTION.**

   1. This was a proceeding brought by Movant objecting the confirmation of the case at bar: - under the plan November 5, 2020, under 11 USC 365.

   2. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408.

   3. On November 23, 2020 Movant filed an objection to confirmation to plan dated November 5, 2020. See, Bkcy Dck no 13 and 17.

   4. As of to November 26, 2020 debtor filed an amended plan that took care of the objection to confirmation. And as of to November 30, 2020 debtors are current under the direct payments post – petition. See, Bkcy Dck 19.

   5- It appearing that debtor have complied the above-mentioned sections for confirmation, Movant moves to withdraw its objection to confirmation under amended plan of November 5, 2020. See, Bkcy Dck no 13, 17 and 19.

**Certificate of Service**

I hereby certify, that on this the same date a true and correct copy was sent by the CM/ECF Bankruptcy Court System at the authorized address on the docket: - Atty. Alejandro Oliveras Rivera, chapter 13 Trustee// Atty. José Carrión Morales, chapter 13 Trustee; to the attorney for the Debtors ROBERTO FIGUEROA CARRASQUILLO; to the list of creditors, and by first class to the Debtor(s) at the address on record, LUIS HOMMY RODRIGUEZ VAZQUEZ & RUTH JACQUELINE CRUZ MERCED, at HC 08 BOX 38725, CAGUAS, PUERTO RICO 00725.

In San Juan, Puerto Rico, the 3rd of December 2020 

BY: **//s//María M. Benabe Rivera**
**MARIA M. BENABE-RIVERA**
Attorney for Plaintiff - US - DC 208906
1519 Ponce De León Ave., Second Floor
P.O. Box 9146, Santurce, P.R. 00908-0146
Tel. (787) 729-8135/Fax (787) 729-8276

[Rev. 12/2020]