IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS HOMMY RODRIGUEZ VAZQUEZ
RUTH JACQUELINE CRUZ MERCED

DEBTORS

CASE NO 20-03819 MCF

CHAPTER 13

**DEBTORS' MOTION REQUESTING COURT AUTHORIZATION
TO INCUR IN CREDIT/REFINANCING OF CAR LEASE BALANCE**

TO THE HONORABLE COURT:

**COME NOW, LUIS HOMMY RODRIGUEZ VAZQUEZ and RUTH JACQUELINE CRUZ MERCED**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On September 28, 2020, the herein Debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq.*

2. Part 8, Section 8.4 of the Debtors' proposed *Amended Chapter 13 Plan* dated March 08, 2020, Docket No. 24, provides for First Bank Puerto Rico/First Leasing's Claim No. 3-2, a car lease on a 2016 RAM 1500.

3. The car lease with First Bank Puerto Rico/First Leasing ("First Leasing") matured on January 05, 2022, and the Debtors owe a "residual balance" on the lease with said creditor in the sum of $14,748.40.

4. Under the terms of the aforementioned Debtors' *Amended Chapter 13 Plan*, Docket No. 24, the Debtors proposed to assume said car lease, whereby the Debtor is to pay current direct car lease payments to First Leasing, and the "residual balance" to be paid through a refinancing of the same. The Debtors have paid to First Leasing all post-petition direct lease payments, owing the "residual balance" to said creditor.

5. On January 21, 2022 the Debtors met with First Leasing, and the Debtors were qualified for a loan to refinance the residual balance in the sum of $14,758.40, pending this Court's authorization to incur in said refinancing. Attached is copy of *Contract Calculation Sheet* ("*Hoja de Cálculo del Contrato*") issued by First Bank, dated January 21, 2022.

6. The Debtors and First Leasing have agreed to the aforestated refinancing through First Bank Puerto Rico/First Leasing, thus, the Debtors hereby request the Court authorization to incur in a refinancing of the above stated balance.

7. Under the terms of the new lease agreement, the Debtors are to pay First Leasing the sum of $734.00 for twenty four (24) months, at a 10.95 % interest rate, with a total loan value of $17,616.00, including $995.00 for loan origination fees.

8. The Debtors hereby respectfully request this Honorable Court to approve and grant its authorization for the Debtors to obtain post-petition financing of the balance owed to First Leasing, through the proposed post-petition refinancing.

9. Should the Court approve this post-petition refinancing the Debtors and creditors will benefit considering that creditor First Leasing will be paid its balance owed; the Debtors will be able to retain their 2016 RAM 1500, which is needed as transportation means to go to work; and, the Debtors will not receive any proceeds from said transaction.

10. The Debtors are current in their Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the post-petition lease contract, thus, the Debtors respectfully request that the Court grant authorization to incur in this post-petition lease balance refinancing and continue with the closing of the same with First Bank Puerto Rico/First Leasing.

11. Based on the aforementioned, the Debtors respectfully request this motion be granted and the Court to enter an Order allowing the Debtors to incur in the post-petition loan refinancing as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure; Local Rule 4001-2, Local Bankruptcy Rules -DPR.

**WHEREFORE,** the Debtors respectfully request this Honorable Court grant the present motion authorizing the Debtors to incur in the post-petition refinancing, as herein submitted.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee; U.S. Trustee's Office; and all system participants; I also certify that a copy of this motion was sent via US Mail to the Debtor; and to all creditors and parties in interest (EM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of February, 2022.

*/s/Roberto Figueroa Carrasquillo*
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com



# Hoja de Cálculo del Contrato

01/21/2022

Nombre Comprador :    LUIS H RODRIGUEZ VAZQUEZ
Vendedor :

| | | |
|---|---|---|
| Tipo de Préstamo: | | Leasing |
| Fecha de Contrato: | | 1/21/2022 |
| Fecha de Primer Pago: | | 3/5/2022 |
| APR: | | 10.95% |
| Término: | | 24 |
| Precio de Venta: | | 14,758.40 |
| Accesorios: | | 0.00 |
| Servicios: | | 0.00 |
| = **Total** | | 14,758.40 |
| Pronto Pago: | | 0.00 |
| Trade-in: | | 0.00 |
| Residual: | | 0.00 |
| Tipo de Automóvil: | | USADO |
| Seguro de Cuenta: | POR CLIENTE | 0.00 |
| Balance a Financiar: | | 14,758.40 |
| + FirstBank PPP: | | 0.00 |
| + FirstBank PPP GAP: | | 0.00 |
| + Prima de Seguro: | | 0.00 |
| + Seguro GAP: | | 0.00 |
| + Costo Originación: | | 995.00 |
| + Contrato de Servicio: | | 0.00 |
| + Prima de Vida: | | 0.00 |
| = **Subtotal de Seguros** | | 0.00 |
| = **Principal** | | 15,753.40 |
| + Intereses: | | 1,862.60 |
| + Intereses de Seguro: | | 0.00 |
| = **Subtotal de Intereses** | | 1,862.60 |
| = **Nota Total** | | 17,616.00 |
| Primer Pago: | 1 | 734.00 |
| Pago Regular: | 23 | 734.00 |
| Ultimo Pago: | 0 | 0.00 |
| | 24 | 17,616.00 |
| Pago de seguro: | | 0.00 |

web ver6.7.5497.18583Prod                                5:35:00PM

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 20-03819-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Feb  2 08:26:07 AST 2022 | ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>PO BOX 361110<br>SAN JUAN, PR 00936-1110 | USDA - RURAL DEVELOPMENT<br>US Attorney's Office<br>Torre Chardon, Suite 1201<br>350 Carlos E. Chardon Street<br>San Juan, PR 00918-2124 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Amex/Dsnb<br>PO Box 8218<br>Mason, OH 45040-8218 | Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION-(CODE 248)<br>PO BOX 9146 SAN JUAN PR, 00908-0146 | Firstbank<br>PO Box 11856<br>San Juan, PR 00910-3856 | Firstbank Puerto Rico<br>PO Box 11856<br>San Juan, PR 00910-3856 |
| Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 | Island Portfolio Services, LLC as servicer o<br>PO BOX 361110<br>San Juan PR 00936-1110 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | USDA RURAL HOUSING SERVICE<br>CENTRALIZED SERVICNG CENTER<br>PO BOX 66879<br>ST. LOUIS, MO 63166-6879 | Usda Rural Development<br>PO Box 66889<br>Saint Louis, MO 63166-6889 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | LUIS HOMMY RODRIGUEZ VAZQUEZ<br>HC08 BOX 38725<br>CAGUAS, PR 00725-9417 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | RUTH JACQUELINE CRUZ MERCED<br>HC08 BOX 38725<br>CAGUAS, PR 00725-9417 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FIRSTBANK PUERTO RICO: First Leasing | (u)FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 0098-0146 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    2<br>Total                 24 |